IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. |
| MATTHEW A. NAUGHTON § | 08-35988-H2-7 |
| DIXIE DARLENE ASHLEY § | Chapter 7 |
| § | |
| § | MOTION TO PAY FUNDS INTO |
| § | THE REGISTRY UNDER |
| § | 11 U.S.C. §347(A) |
| DEBTOR(S) § | |

The undersigned trustee reports

<u>X</u>  The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto are in an amount less than the amount specified in Bankruptcy Rule 3010.

___  More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United State Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, <u>et seq</u>).

Dated:  June 23, 2010          /s/ Randy W. Williams
                               Randy W. Williams, Trustee
                               Three Allen Center
                               333 Clay Street, Suite 3300
                               Houston, TX  77002
                               (713) 654-8111
                               (713) 654-1871 Facsimile

## **CERTIFICATE OF SERVICE**

      I certify that the Motion to Pay Funds into the Registry Under 11 U.S.C. §347(a) was served on the U.S. Trustee by first class U.S. Mail, postage prepaid, on this 23rd day of June, 2010, unless served by ECF at the time of electronic filing.

                                            /s/ Randy W. Williams
                                            Randy W. Williams, Trustee

EXHIBIT "A"

PLEASE CHECK ONE:

<u> X </u>   Small Dividends

<u>   </u>   Unclaimed Dividends

| Names and Address | Claim No. | Amount |
|---|---|---|
| NuCO2 | 1 | $1.03 |
| 2800 S.E. Market Pl. | | |
| Stuart, FL 34997 | | |
| | | |
| TOTAL | | <u>$1.03</u> |